ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (CA SBN: 240763)
Assistant United States Attorney
   Room 7211, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California  90012
   Telephone:   (213) 894-6165
   Facsimile:   (213) 894-0115
   E-mail: Daniel.Layton@usdoj.gov

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 11-283 PA (Ex) |
| Petitioner, | ) ORDER TO SHOW CAUSE |
| v. | ) **NOTE: CHANGES MADE BY THE COURT** |
| GARY E. FORD, | ) |
| Respondent. | ) |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting declarations to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses. *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also* Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made

1

through the sworn declaration of the IRS agent who issued the summons); *accord*, United States v. Gilleran, 992 F.2d 232, 233 (9th cir. 1993).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. ___15___,

| | |
|---|---|
| X | United States Courthouse<br>312 North Spring Street, Los Angeles, California, 90012 |
| ☐ | Roybal Federal Building and United States Courthouse<br>255 E. Temple Street, Los Angeles, California 90012 |
| ☐ | Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA 92701 |
| ☐ | Brown Federal Building and United States Courthouse<br>3470 Twelfth Street, Riverside, California, 92501 |

on **February 28, 2011**, at _1:30_____ p.m, and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying declarations be served no later than January 28, 2011 upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

2

**IT IS FURTHER ORDERED** that on or before February 14, 2011, after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed in accordance with this order will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

**IT IS SO ORDERED.**
DATED: January 11, 2011

_____
United States District Judge

Respectfully Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN, Asst. U.S. Attorney,
Chief, Tax Division
_____
DANIEL LAYTON, Asst. U.S. Attorney
Attorneys for United States of America